**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>CHRISTOPHER J MITCHELL<br>LAROYCE A CLAY MITCHELL<br>Debtor(s) | Case No. 12-37186 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/19/2012.

2) The plan was confirmed on 12/05/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/14/2013, 05/30/2013, 01/10/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 11/25/2015.

6) Number of months from filing to last payment: 38.

7) Number of months case was pending: 40.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $6,860.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $39,405.36 |
| Less amount refunded to debtor | $1,649.84 |

**NET RECEIPTS:** $37,755.52

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,625.45 |
| Other | $35.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,160.45

Attorney fees paid and disclosed by debtor:        $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 247 GREEN STREET | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| AAA CHECKMATE | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| ADVANTAGE MRI LLC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| BROTHER LOAN & FINANCE | Unsecured | 1,100.00 | 1,047.39 | 1,047.39 | 0.00 | 0.00 |
| BUD S AMBULANCE SERVICE | Unsecured | 725.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 298.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 1,787.00 | 1,793.45 | 1,793.45 | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CALUMET CITY | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 2,200.00 | 2,396.20 | 2,396.20 | 0.00 | 0.00 |
| CLEAR WIRELESS | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| CORPORATE AMERICA FAMILY CU | Unsecured | 454.00 | 1,083.47 | 1,083.47 | 0.00 | 0.00 |
| DIRECTV | Unsecured | NA | 207.77 | 207.77 | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| DR MICHAEL MCDERMOTT | Unsecured | 162.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 434.00 | 434.00 | 434.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | NA | 403.16 | 403.16 | 0.00 | 0.00 |
| EMP OF COOK COUNTY | Unsecured | 509.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL CON | Unsecured | 1,310.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL CON | Secured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| HARVEY MARTIN ASSOC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| HERITAGE ACCEPTANCE CORP | Unsecured | 2,860.00 | 0.00 | 0.13 | 0.00 | 0.00 |
| HERITAGE ACCEPTANCE CORP | Secured | 7,300.00 | 0.00 | 10,160.00 | 9,336.97 | 878.40 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | NA | 124.06 | 124.06 | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | NA | 774.70 | 774.70 | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | 24,000.00 | 24,308.00 | 24,308.00 | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 100.00 | 1,852.42 | 1,852.42 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | NA | 805.37 | 805.37 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 4,000.00 | 3,782.83 | 3,782.83 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INGALLS MEMORIAL HOSPITAL | Unsecured | 75.00 | 75.00 | 75.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 10,000.00 | 2,644.31 | 2,644.31 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 8,788.21 | 8,788.21 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 430.00 | 430.00 | 430.00 | 0.00 | 0.00 |
| KOMYATTE & ASSOC. | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| LAKE IMAGING | Unsecured | 220.00 | 220.00 | 220.00 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 1,047.00 | 1,047.17 | 1,047.17 | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 216.00 | NA | NA | 0.00 | 0.00 |
| MIRAMEDRG | Unsecured | 490.00 | NA | NA | 0.00 | 0.00 |
| MOMA FUNDING LLC | Unsecured | 1,221.00 | 1,221.12 | 1,221.12 | 0.00 | 0.00 |
| MONEY MUTUAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY ACCELERATED | Unsecured | 980.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY ADVANCE PLUS | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 11,541.00 | 10,802.40 | 10,802.40 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 598.00 | 597.78 | 597.78 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 4,037.00 | 4,036.94 | 4,036.94 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 600.00 | 600.01 | 600.01 | 0.00 | 0.00 |
| SAINT MARGARET MERCY | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 9,391.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 17,150.00 | 27,036.10 | 27,036.10 | 19,481.33 | 2,898.37 |
| SHANTA SPEULIN | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| SIR FINANCE | Unsecured | 2,300.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 637.00 | 637.45 | 637.45 | 0.00 | 0.00 |
| T MOBILE USA | Unsecured | 2,463.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 304.00 | 103.85 | 103.85 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 110,305.00 | 110,283.67 | 110,283.67 | 0.00 | 0.00 |
| VILLAGE OF DOLTON | Unsecured | NA | 70.00 | 70.00 | 0.00 | 0.00 |
| VILLAGE OF LANSING | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF LYNWOOD | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF LYNWOOD | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MIDLOTHIAN | Unsecured | NA | 250.00 | 250.00 | 0.00 | 0.00 |
| WELLGROUP HEALTH PARTNERS | Unsecured | 548.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $37,196.10 | $28,818.30 | $3,776.77 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$37,196.10** | **$28,818.30** | **$3,776.77** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $9,593.58 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$9,593.58** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$171,227.28** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $5,160.45 |
| Disbursements to Creditors | $32,595.07 |
| **TOTAL DISBURSEMENTS:** | **$37,755.52** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/03/2016          By: /s/ Tom Vaughn
                                               Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**